LINK: 36

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-11038 GAF (JCGx) | Date | February 5, 2014 |
|---|---|---|---|
| Title | Xinhua China Ltd v. Hung Viet Derrick Luu et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**       (In Chambers)

### ORDER CONTINUING HEARING

Plaintiff Xinhua China, Ltd. ("Xinhua") filed this action on December 28, 2012, against Defendants Hung Viet Derrick Luu ("Luu"), Sinoglobe Worldwide Limited, and Tactical Strategies asserting claims for breach of fiduciary duty against Luu, and conversion, unjust enrichment, fraud, civil conspiracy, and RICO violations against all three Defendants. (Docket No. 1 [Complaint ("Compl.")].) On August 21, 2013, the Court denied Luu's motion to dismiss because it consisted of one sentence and offered only conclusory, unsubstantiated assertions. (See Docket No. 16 [8/21/13 Order]; Docket No. 5 [First Motion to Dismiss].) On December 18, 2013, the Court granted Luu's motion for reconsideration under Rule 60(b)(1), concluding that his failure to sufficiently support his motion to dismiss was due to excusable neglect. (Docket No. 34 [12/18/13 Order].)

Before the Court now is Luu's revised motion to dismiss under Rule 12(b)(2). (Docket No. 36 [Motion to Dismiss ("Mem.")].) Luu filed this motion on January 10, 2014, and noticed a hearing date of February 10, 2014. (Id.) According to the Local Rules, Xinhua's opposition was due on January 21, 2014.[1] See C.D. Cal. R. 7-9. However, Xinhua did not file its opposition until January 24, 2014. (See Docket No. 40 [Opposition to Motion to Dismiss].) Although Luu filed a reply on January 27, 2014, Luu's counsel also requested an opportunity to file a fully researched reply, which they were prevented from filing due to "substantial responsibilities in another case." (Docket No. 41 [Reply in Support of Motion to Dismiss] at 2-3; Docket No. 41-1 [Declaration of Sarah Kagan] ¶¶ 11-12.) Luu's counsel took these obligations into consideration

---

[1] The 21-day opposition deadline fell on January 20, 2014, Martin Luther King, Jr. Day. As such, the opposition should have been filed by January 21, 2014.

**LINK: 36**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-11038 GAF (JCGx) | Date | February 5, 2014 |
|---|---|---|---|
| Title | Xinhua China Ltd v. Hung Viet Derrick Luu et al | | |

when they initially set the motion hearing date.  (Id.)  Accordingly, to give Luu a meaningful opportunity to reply to Xinhua's opposition, the Court will continue the hearing.

Luu shall file his revised reply brief no later than **February 12, 2014**.  The hearing on Luu's motion to dismiss is hereby **CONTINUED to Monday, February 24, 2014, at 9:30 a.m.**

   **IT IS SO ORDERED**.