LINK: 47

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-11038 GAF (JCGx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Xinhua China Ltd v. Hung Viet Derrick Luu et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**        (In Chambers)

### ORDER STAYING CASE

  The Court is in receipt of Plaintiff Xinhua China, Ltd.'s ("Xinhua") notice of automatic stay pursuant to 11 U.S.C. §§ 1520 and 362, and the statement of the bankruptcy trustees in support thereof.  (Docket No. 47 [Notice of Automatic Stay ("Notice")]; Docket No. 50 [Statement of Bankruptcy Trustees].)  The Court has also carefully reviewed Defendant Hung Viet Derrick Luu's ("Luu") objections to Xinhua's Notice and understands that he is not pleased with the imposition of an automatic stay in the instant action.  (See Docket No. 48 [Objections to Notice of Automatic Stay].)  However, the trustees of Luu's bankruptcy case are in charge of the litigation, and the Court will not withdraw the reference from the bankruptcy court.  Accordingly, the matter before this Court will be stayed.

  Additionally, because the automatic stay does not appear to apply to Defendants Sinoglobe Worldwide Limited ("Sinoglobe") and Tactical Strategies, the Court **ORDERS** Xinhua to show cause why the claims against them should not be dismissed for lack of prosecution.  See Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

/ / /

**LINK: 47**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-11038 GAF (JCGx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Xinhua China Ltd v. Hung Viet Derrick Luu et al | | |

    Accordingly, this matter is **STAYED** with respect to the claims against Luu pending the resolution of his bankruptcy case. Xinhua must file a response to this order by the close of business on Friday, May 23, 2014. **Failure to respond will be deemed consent to the dismissal of the claims against Sinoglobe and Tactical Strategies.**

    **IT IS SO ORDERED.**