JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XINHUA CHINA, LTD., | ) | CASE NO. CV12-11038 GAF (JCGx) |
|     Plaintiff(s), | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY PENDING BANKRUPTCY |
|     v. | ) ) | |
| HUNG VIET DERRICK LUU, et al., | ) ) | |
|     Defendant(s) | ) ) | |
| _____ | ) | |

    The Court having stayed this action pursuant to a Notice of Automatic Stay pending defendant Hung Viet Derrick Luu's bankruptcy case in Hong Kong,

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on August 29, 2014.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

    IT IS SO ORDERED.

DATED: June 2, 2014

    _____
    GARY ALLEN FEESS
    United States District Judge

**JS-6**